**THIRD DIVISION**
**ANDREWS, P. J.,**
**DILLARD and MCMILLIAN, JJ.**

NOTICE: Motions for reconsideration must be *physically received* in our clerk's office within ten days of the date of decision to be deemed timely filed.
http://www.gaappeals.us/rules/

**December 23, 2014**

# In the Court of Appeals of Georgia

A13A0714. RAYSONI v. PAYLESS AUTO DEALS, LLC et al.

MCMILLIAN, Judge.

In *Raysoni v. Payless Auto Deals, LLC*, 323 Ga. App. 583 (753 SE2d 313) (2013), this Court affirmed the trial court's grant of the defendant's motion to dismiss the complaint. The Supreme Court of Georgia reversed that decision in *Raysoni v. Payless Auto Deals, LLC*, __ Ga. __ (Case No. S13G1826, decided Nov. 17, 2014). We therefore vacate our earlier opinion, adopt the Supreme Court's opinion as our own, and reverse the judgment of the trial court.

*Judgment reversed. Andrews, P. J., and Dillard, J., concur*.